# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | **Bankruptcy No. 18-21682-CMB** |
| **Jay A. Thwaite** ) | **Chapter 13** |
| **Constance V. Thwaite, fka** ) | **Doc No. __** |
| **Constance V. Vaughan** ) | **Response Due: 1/5/2023** |
|     **Debtor** ) | **Hearing date: 1/19/2023** |
| **Bryan Keenan, Esquire** ) | **at 1:30 p.m.** |
|     **APPLICANT** ) | |
| **vs.** ) | |
|     **No Respondent(s)** ) | |

| | |
|---|---|
| | Case Administration, Preparation and Filing of Documents, Lien Search |
| | Preparation for and Appearance at 341 meetings and Hearings |
| | Claims Administration |
| | Consultation and Communication with client, correspondence with creditors and other third parties |
| | Fee Application Preparation |
| | Administrative Services, ie, file maintenance, docket review, typing, filing & service of documents |

Total Hours 28.20                          Total Services Rendered     $6,067.50
Itemized Cost Summary                  Total Costs:                         $857.33

| | | | |
|---|---|---|---|
| 2 Court Filing Fee | $620.00 | | |
| Credit Report | $53.00 | Total: | $7,014.83 |
| 2 Pre-counseling Fee | $48.00 | Total paid: | $4,751.00. |
| Paper | $53.55 | | |
| Envelopes | $31.28 | | |
| Postage | $51.50 | Outstanding Balance: | $2,173.83 |

# Bryan P. Keenan & Associates P.C.   INVOICE

Date: 12/18/2022

993 Greentree Road, Suite 201
Pittsburgh, PA 15220
United States
Jay & Constance Thwaite
4001 Greenridge Rd Apt 214
Pittsburgh, PA 15234

## 18-21682 CMB Thwaite

## Thwaite, Constance & Jay

**Category Code**

Category 1 - Case Administration, Preparation and Filing of Documents, Lien Search
Category 2 - Preparation for and Appearance at 341 meetings and Hearings
Category 3 - Claims Administration
Category 4 - Consultation and Communication with client, correspondence with creditors and other third parties
Category 5 - Fee Application Preparation
Category 6 - Administrative Services, ie, file maintenance, docket review, typing, filing & service of documents

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/17/2017 | Credit Report: Joint Credit Report | 1.00 | $53.00 | $53.00 |
| Service | 07/24/2017 | Category 4 -: Retainer Appointment | 1.00 | $250.00 | $250.00 |
| Service | 07/24/2017 | Category 4 -: Email correspondence with client | 0.10 | $250.00 | $25.00 |
| Service | 07/31/2017 | Category 4 -: Intake Appointment | 1.00 | $250.00 | $250.00 |
| Expense | 07/31/2017 | Paper: Re Intake Appointment | 43.00 | $0.09 | $3.87 |
| Service | 08/01/2017 | Category 4 -: Email correspondence with client | 0.10 | $250.00 | $25.00 |
| Service | 08/02/2017 | Category 4 -: 2nd Intake Appointment | 1.00 | $250.00 | $250.00 |
| Expense | 08/02/2017 | Paper: Re Intake Appointment | 8.00 | $0.09 | $0.72 |
| Service | 08/11/2017 | Category 4 -: Email correspondence with client | 0.10 | $250.00 | $25.00 |
| Service | 08/11/2017 | Category 4 -: Letter to third party | 0.40 | $250.00 | $100.00 |
| Expense | 08/20/2017 | Pre-counseling Fee: Ordered Pre Counseling course in connection with case number 18-20525-CMB | 1.00 | $24.00 | $24.00 |
| Service | 08/22/2017 | Category 4 -: Received pre-counseling course from client | 0.10 | $100.00 | $10.00 |
| Service | 08/23/2017 | Category 4 -: Email to client | 0.10 | $100.00 | $10.00 |
| Service | 09/05/2017 | Category 4 -: Email correspondence with client | 0.10 | $100.00 | $10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/12/2017 | Category 4 -: 3rd Intake/Draft Appointment | 1.00 | $250.00 | $250.00 |
| Service | 10/02/2017 | Category 4 -: Call to client | 0.10 | $100.00 | $10.00 |
| Service | 10/02/2017 | Category 3 -: Reviewed Unemployment and Social Security Determination letter | 0.20 | $250.00 | $50.00 |
| Service | 10/09/2017 | Category 4 -: Emailed ACH/Wage Attachment form to process plan paymentT | 0.10 | $100.00 | $10.00 |
| Service | 10/09/2017 | Category 4 -: Call to client to review information needed to complete filing | 0.20 | $100.00 | $20.00 |
| Service | 10/20/2017 | Category 3 -: Reviewed updated pay stubs received from client | 0.10 | $250.00 | $25.00 |
| Service | 10/20/2017 | Category 4 -: Appointment with client | 1.00 | $250.00 | $250.00 |
| Service | 10/24/2017 | Category 4 -: Phone Appointment with client Re vehicle | 0.20 | $250.00 | $50.00 |
| Service | 10/27/2017 | Category 4 -: Reviewed information provided by client | 0.20 | $250.00 | $50.00 |
| Service | 11/10/2017 | Category 4 -: Phone call to client | 0.20 | $100.00 | $20.00 |
| Service | 11/13/2017 | Category 4 -: Phone Appointment with Client | 0.20 | $250.00 | $50.00 |
| Service | 11/13/2017 | Category 4 -: Email correspondence with client | 0.10 | $250.00 | $25.00 |
| Service | 11/14/2017 | Category 4 -: Call to client | 0.10 | $100.00 | $10.00 |
| Service | 01/31/2018 | Category 4 -: Call from client | 0.20 | $100.00 | $20.00 |
| Service | 01/31/2018 | Category 4 -: Reviewed file to confirm all of the information needed to complete petition | 0.30 | $100.00 | $30.00 |
| Service | 02/06/2018 | Category 4 -: 2nd Draft Appointment | 1.00 | $250.00 | $250.00 |
| Expense | 02/06/2018 | Paper: Paper Re Draft Appointment | 23.00 | $0.09 | $2.07 |
| Service | 02/14/2018 | Category 1-: Received Document from client | 0.10 | $100.00 | $10.00 |
| Service | 02/14/2018 | Category 1-: Prepared and Filed Emergency Petition at Case No. 18-20525-CMB | 0.20 | $250.00 | $50.00 |
| Expense | 02/15/2018 | Court Filing Fee: Re Case Number 18-20525-CMB | 1.00 | $310.00 | $310.00 |
| Service | 02/15/2018 | Category 4 -: Mailed Declaration Re Electronic Filing to Clerk | 0.10 | $100.00 | $10.00 |
| Expense | 02/15/2018 | Envelopes: Re mailing of Declaration Re Electronic Filing to clerk with return envelope | 2.00 | $0.10 | $0.20 |
| Expense | 02/15/2018 | Postage: Re mailing of Declaration Re Electronic Filing to clerk with return envelope | 2.00 | $0.50 | $1.00 |
| Expense | 02/15/2018 | Paper: Re Mailing of Declaration Re Electronic Filing | 4.00 | $0.09 | $0.36 |
| Service | 02/28/2018 | Category 1-: Prepared and Filed Motion to Extend Time and updated completion Deadlines in case | 0.20 | $100.00 | $20.00 |

|  |  | 18-20525-CMB |  |  |  |
|---|---|---|---|---|---|
| Service | 03/02/2018 | Category 4 -: Email from client | 0.20 | $250.00 | $50.00 |
| Service | 03/06/2018 | Category 6 -: Reviewed Tax Return | 0.10 | $100.00 | $10.00 |
| Service | 03/06/2018 | Category 4 -: Phone appointment with client | 0.30 | $250.00 | $75.00 |
| Service | 03/16/2018 | Category 1-: Reviewed 3/15/2018 Order dismissing case | 0.10 | $250.00 | $25.00 |
| Service | 03/23/2018 | Category 4 -: Phone call with client | 0.20 | $250.00 | $50.00 |
| Service | 04/14/2018 | Category 4 -: Email correspondence with client | 0.10 | $250.00 | $25.00 |
| Service | 04/24/2018 | Category 4 -: Retainer/Draft Appointment | 1.00 | $250.00 | $250.00 |
| Service | 04/24/2018 | Category 4 -: SUPPLEMENTAL RETAINER AGREEMENT | 1.00 | $250.00 | $250.00 |
| Expense | 04/24/2018 | Pre-counseling Fee: Ordered 2nd Pre Counseling course | 1.00 | $24.00 | $24.00 |
| Expense | 04/24/2018 | Paper: Re Retainer Appointment | 56.00 | $0.09 | $5.04 |
| Service | 04/26/2018 | Category 6 -: Reviewed pay stubs emailed by client | 0.10 | $100.00 | $10.00 |
| Service | 04/29/2018 | Category 1-: Prepared and filed Chapter 13 Case | 0.20 | $250.00 | $50.00 |
| Expense | 04/29/2018 | Court Filing Fee: Court filing fee in case No. 18-21682-CMB | 1.00 | $310.00 | $310.00 |
| Service | 04/29/2018 | Category 1-: Prepared and Filed Chapter 13 Plan | 0.20 | $250.00 | $50.00 |
| Service | 04/30/2018 | Category 1-: Prepared and filed Motion to Extend Automatic Stay | 0.50 | $250.00 | $125.00 |
| Expense | 04/30/2018 | Postage: Re Service of Extend Stay Motion | 25.00 | $0.50 | $12.50 |
| Expense | 04/30/2018 | Envelopes: Re Service of Extend Stay Motion | 1.00 | $25.00 | $25.00 |
| Expense | 04/30/2018 | Paper: Re Service of Extend Stay Motion | 150.00 | $0.09 | $13.50 |
| Service | 05/01/2018 | Category 6 -: Mailed Declaration Re Electronic Filing to Clerk | 0.10 | $100.00 | $10.00 |
| Expense | 05/01/2018 | Paper: Paper Re mailing of Declaration Re Electronic Filing | 3.00 | $0.09 | $0.27 |
| Expense | 05/01/2018 | Envelopes: Re mailing of Declaration Re Electronic Filing with return envelope | 2.00 | $0.10 | $0.20 |
| Expense | 05/01/2018 | Postage: Re mailing of Declaration Re Electronic Filing with return envelope | 2.00 | $0.55 | $1.10 |
| Service | 05/01/2018 | Category 4 -: Call to client Re Unemployment paperwork | 0.10 | $100.00 | $10.00 |
| Service | 05/07/2018 | Category 1-: Prepared and filed Employee Income | 0.10 | $100.00 | $10.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Records |  |  |  |
| Service | 05/07/2018 | Category 6 -: Mailed Employee Income Records with Tax returns to trustee | 0.20 | $100.00 | $20.00 |
| Expense | 05/07/2018 | Paper: Re mailing of employee income records and tax returns to trustee | 30.00 | $0.09 | $2.70 |
| Expense | 05/07/2018 | Postage: Re mailing of employee income records and tax returns to trustee | 3.00 | $0.55 | $1.65 |
| Expense | 05/07/2018 | Envelopes: Re mailing of employee income records and tax returns to trustee | 1.00 | $0.25 | $0.25 |
| Service | 05/09/2018 | Category 6 -: Reviewed MOC Notice scheduling hearings and proof of claim deadlines | 0.10 | $100.00 | $10.00 |
| Service | 05/18/2018 | Category 1-: Prepared and Filed CNO Re Extend Stay Motion | 0.10 | $250.00 | $25.00 |
| Service | 05/22/2018 | Category 1-: Reviewed Order on Extend Stay Motion | 0.10 | $100.00 | $10.00 |
| Expense | 05/22/2018 | Postage: Re mailing of 2017 tax returns per IRS Request | 3.00 | $0.55 | $1.65 |
| Expense | 05/22/2018 | Envelopes: Re mailing of 2017 tax returns per IRS Request | 1.00 | $0.10 | $0.10 |
| Expense | 05/22/2018 | Paper: Re mailing of 2017 tax returns per IRS Request | 10.00 | $0.09 | $0.90 |
| Service | 05/23/2018 | Category 6 -: Served Order on Extend Stay Motion | 0.40 | $100.00 | $40.00 |
| Expense | 05/23/2018 | Envelopes: Re service of Order on Extend Stay Motion | 25.00 | $0.10 | $2.50 |
| Expense | 05/23/2018 | Paper: Re service of Order on Extend Stay Motion | 25.00 | $0.09 | $2.25 |
| Expense | 05/23/2018 | Postage: Re service of Order on Extend Stay Motion | 25.00 | $0.55 | $13.75 |
| Service | 05/23/2018 | Category 6 -: Forwarded copy of 2017 tax return to IRS | 0.10 | $100.00 | $10.00 |
| Service | 05/25/2018 | Category 6 -: Mailed signed ACH forms to trustee | 0.10 | $100.00 | $10.00 |
| Expense | 05/25/2018 | Postage: Re mailing of ACH form to trustee | 1.00 | $0.55 | $0.55 |
| Expense | 05/25/2018 | Envelopes: Re mailing of ACH form to trustee | 1.00 | $0.10 | $0.10 |
| Expense | 05/25/2018 | Paper: Re mailing of ACH form to trustee | 8.00 | $0.09 | $0.72 |
| Service | 05/30/2018 | Category 4 -: Email correspondence with client | 0.20 | $250.00 | $50.00 |
| Service | 05/30/2018 | Category 4 -: Phone call with client | 0.30 | $250.00 | $75.00 |
| Service | 05/30/2018 | Category 4 -: Call to client Re MOC and Financial Mgmt Course | 0.10 | $100.00 | $10.00 |
| Service | 05/31/2018 | Category 4 -: Call to client Re 2014 PA tax return request from Dept of Revenue | 0.20 | $100.00 | $20.00 |
| Service | 06/05/2018 | Category 3 -: Reviewed Notice of Mortgage Payment | 0.10 | $250.00 | $25.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Change |  |  |  |
| Service | 06/06/2018 | Category 4 -: Client call to confirm he did not live in state in 2014 therefore no PA returns needed to be filed | 0.10 | $100.00 | $10.00 |
| Service | 06/11/2018 | Category 2 -: Travel to Meeting of Creditors | 0.70 | $125.00 | $87.50 |
| Service | 06/11/2018 | Category 2 -: Prepared and Attended Chapter 13 MOC | 1.00 | $250.00 | $250.00 |
| Service | 06/13/2018 | Category 4 -: Email to trustee to confirm if ACH received | 0.20 | $250.00 | $50.00 |
| Service | 06/19/2018 | Category 4 -: Email correspondence with client | 0.20 | $250.00 | $50.00 |
| Service | 06/27/2018 | Category 4 -: Call to client | 0.10 | $250.00 | $25.00 |
| Service | 06/27/2018 | Category 1-: Client stopped by to sign 2017 federal, state and local returns | 0.30 | $100.00 | $30.00 |
| Service | 06/27/2018 | Category 6 -: Mailed 2017 Original Federal, state and local tax returns | 0.20 | $100.00 | $20.00 |
| Expense | 06/27/2018 | Postage: Mailed 2017 federal, state and local tax returns | 4.00 | $0.55 | $2.20 |
| Expense | 06/27/2018 | Envelopes: Mailed 2017 federal, state and local tax returns | 3.00 | $0.01 | $0.03 |
| Expense | 06/27/2018 | Paper: Mailed 2017 federal, state and local tax returns | 30.00 | $0.09 | $2.70 |
| Service | 07/10/2018 | Category 1-: Prepared and filed Declaration Re Notice of Mortgage Payment Change | 0.30 | $250.00 | $75.00 |
| Expense | 07/10/2018 | Envelopes: Re Declaration Re Notice of Mortgage Payment Change | 2.00 | $0.10 | $0.20 |
| Expense | 07/10/2018 | Postage: Re Declaration Re Notice of Mortgage Payment Change | 2.00 | $0.50 | $1.00 |
| Expense | 07/10/2018 | Paper: Re Declaration Re Notice of Mortgage Payment Change | 3.00 | $0.09 | $0.27 |
| Service | 07/12/2018 | Category 4 -: Email to client | 0.10 | $250.00 | $25.00 |
| Service | 08/06/2018 | Category 4 -: Email response to client inquiry re plan | 0.20 | $250.00 | $50.00 |
| Service | 08/06/2018 | Category 4 -: Email from client | 0.10 | $250.00 | $25.00 |
| Service | 08/06/2018 | Category 4 -: Client stopped by office and I address questions and reviewed correspondence | 0.30 | $250.00 | $75.00 |
| Service | 09/21/2018 | Category 4 -: Email correspondence with client | 0.10 | $250.00 | $25.00 |
| Service | 11/07/2018 | Category 3 -: Reviewed Proof of Claims | 0.40 | $250.00 | $100.00 |
| Service | 11/07/2018 | Category 6 -: Sent fax to IRS Re 2017 Federal taxes, which have yet to be processed by IRS | 0.20 | $100.00 | $20.00 |
| Service | 11/15/2018 | Category 2 -: Travel to Conciliation Conference | 0.80 | $125.00 | $100.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/15/2018 | Category 2 -: Prepared and Attended Conciliation Conference | 1.00 | $250.00 | $250.00 |
| Service | 11/18/2018 | Category 3 -: Reviewed Amended IRS claim to ensure 2017 return processed | 0.10 | $250.00 | $25.00 |
| Service | 12/03/2018 | Category 4 -: Call to client | 0.20 | $250.00 | $50.00 |
| Service | 04/04/2019 | Category 4 -: Spoke with Accountant (J.R. Bell) Advised him to file return in the ordinary course | 0.30 | $250.00 | $75.00 |
| Service | 09/10/2019 | Category 1-: Reviewed Mortgage Payments | 0.20 | $250.00 | $50.00 |
| Service | 01/07/2020 | Category 4 -: Call from client with request for information | 0.20 | $250.00 | $50.00 |
| Service | 02/11/2020 | Category 4 -: Appointment with client | 1.00 | $250.00 | $250.00 |
| Service | 09/21/2020 | Category 4 -: CALLED CLIENT 3 TIMES FOR INFORMATION REQUEST NO ANSWER WAS BUSY | 0.20 | $250.00 | $50.00 |
| Service | 09/25/2020 | Category 4 -: CALLED AND SPOKE WITH CLIENT ABOUT NEW TFS OPTION FOR PAYMENT | 0.20 | $250.00 | $50.00 |
| Service | 09/25/2020 | Category 1-: Prepared and Filed Notice of Mortgage Payment change (after Reviewed Trustee Registry/Plan Funding) | 0.30 | $250.00 | $75.00 |
| Service | 09/25/2020 | Category 6 -: Served Notice of Mortgage of Mortgage Payment Change | 0.20 | $100.00 | $20.00 |
| Expense | 09/25/2020 | Paper: Re Service of Notice of Mortgage of Mortgage Payment Change | 2.00 | $0.09 | $0.18 |
| Expense | 09/25/2020 | Postage: Re Service of Notice of Mortgage of Mortgage Payment Change | 2.00 | $0.55 | $1.10 |
| Expense | 09/25/2020 | Envelopes: Re Service of Notice of Mortgage of Mortgage Payment Change | 2.00 | $0.10 | $0.20 |
| Service | 09/28/2020 | Category 4 -: Call client Re Mortgage/Plan payment increase | 0.20 | $250.00 | $50.00 |
| Service | 11/23/2020 | Category 3 -: Reviewed Transfer of Claim | 0.10 | $100.00 | $10.00 |
| Service | 02/09/2022 | Category 4 -: Call from client | 0.10 | $100.00 | $10.00 |
| Service | 02/09/2022 | Category 4 -: Email correspondence with client | 0.20 | $250.00 | $50.00 |
| Service | 02/11/2022 | Category 1-: Prepared and Filed Notice of Change of Address | 0.10 | $100.00 | $10.00 |
| Service | 02/11/2022 | Category 4 -: Call from client | 0.10 | $100.00 | $10.00 |
| Service | 02/28/2022 | Category 4 -: Phone call with client | 0.20 | $250.00 | $50.00 |
| Service | 07/19/2022 | Category 1-: REVIEWED Notice of Appearanceee | 0.10 | $100.00 | $10.00 |
| Service | 09/14/2022 | Category 4 -: Call from client | 0.10 | $100.00 | $10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/19/2022 | Category 4 -: Phone call with client | 0.20 | $250.00 | $50.00 |
| Expense | 12/18/2022 | Postage: Re service of Fee Application | 25.00 | $0.60 | $15.00 |
| Expense | 12/18/2022 | Paper: Re service of Fee Application | 200.00 | $0.09 | $18.00 |
| Expense | 12/18/2022 | Envelopes: Re service of Fee Application | 25.00 | $0.10 | $2.50 |
| Service | 12/18/2022 | Category 3 -: Prepared and Filed Fee Application | 1.50 | $250.00 | $375.00 |
| | | | | **Total** | **$6,924.83** |

## Detailed Statement of Account

### Current Invoice

| Amount Due | Received | Balance Due |
|---|---|---|
| $6,924.83 | $4,751.00 | $6,924.83 |
| | **Outstanding Balance** | **$2,173.83** |