IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | **Bankruptcy No.** | **18-21682-CMB** |
| **Jay A. Thwaite** ) | **Chapter** | **13** |
| **Constance V. Thwaite, fka** ) | **Doc No.** __ | |
| **Constance V. Vaughan** ) | **Response Due:** 1/5/2023 | |
| Debtor ) | **Hearing date:** 1/19/2023 | |
| **Bryan Keenan, Esquire** ) | at 1:30 p.m. | |
| APPLICANT ) | | |
| vs. ) | **ENTERED BY DEFAULT** | |
| No Respondent(s) ) | | |

**ORDER OF COURT**

AND NOW, to-wit, this ___9th___ day of ___January___, 2023 upon consideration of the Application of Bryan Keenan, Esquire for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred from for the period of July 24, 2017 through December 18, 2022 in the total $6,924.83 which represents $6,067.50 in attorney fees and $857.33 for costs.

Counsel for the debtor has previously received $4,751.00, which represents $4,000.00 for fees and $751.00 for expenses incurred, which shall be deducted form the total approved fees and costs. The balance of $2,173.83 remains to be paid by the Chapter 13 Trustee.

Any Fee balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and not reduce any monies due to creditor s under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtor beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by the Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtor has agreed to be paid from monies already paid by or on behalf of the Debtor to the Trustee and allow the case to be closed without requiring additional payments by the Debtor. Any amount due to Debtor's Counsel beyond what is distributed by the Trustee, is

expressly waived by Debtor's Counsel and will not be collected from Debtor either through the plan or outside of the Bankruptcy Case.

BY THE COURT

*Carlota M. Böhm* dmk

Honorable Carlota M. Bohm
UNITED STATES BANKRUPTCY JUDGE

FILED
1/9/23 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jay A. Thwaite  
Constance V. Thwaite  
    Debtors

Case No. 18-21682-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Jan 09, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jay A. Thwaite, Constance V. Thwaite, 504 Olde Town Drive, Sanford, NC 27330-6937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas  
    on behalf of Creditor Towd Point Mortgage Trust 2020-4 U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com

Bryan P. Keenan  
    on behalf of Joint Debtor Constance V. Thwaite keenan662@gmail.com  
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan  
    on behalf of Debtor Jay A. Thwaite keenan662@gmail.com  
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Keri P. Ebeck  
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Kevin Scott Frankel

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7