**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAY A. THWAITE<br>CONSTANCE V. THWAITE<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:18-21682<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/29/2018 and confirmed on 6/19/18 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,527.98 |
| Less Refunds to Debtor | 1,394.02 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,133.96 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,870.83 | |
|   Trustee Fee | 3,390.49 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,261.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOWD POINT MORTGAGE TRUST 2020-4 | 0.00 | 38,166.31 | 0.00 | 38,166.31 |
|     Acct: 1250 | | | | |
|   TOWD POINT MORTGAGE TRUST 2020-4 | 31.26 | 31.26 | 0.00 | 31.26 |
|     Acct: 1250 | | | | |
|   ALLY BANK(*) | 0.00 | 16,609.80 | 0.00 | 16,609.80 |
|     Acct: 6512 | | | | |
| | | | | 54,807.37 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAY A. THWAITE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAY A. THWAITE | 1,394.02 | 1,394.02 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 2,173.83 | 2,173.83 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8/22 | | | | |
|   BRYAN P KEENAN ESQ | 3,697.00 | 3,697.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 612.67 | 612.67 | 0.00 | 612.67 |
|     Acct: 0781 | | | | |
| | | | | 612.67 |
| **Unsecured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9841 | | | | |
|   UPMC PHYSICIAN SERVICES | 1,176.54 | 254.12 | 0.00 | 254.12 |
|     Acct: 3211 | | | | |
|   DOMINION NATIONAL (FORMERLY DOMIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6263 | | | | |
|   FINANCIAL DATA SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6551 | | | | |
|   INTERNAL REVENUE SERVICE* | 18,218.69 | 3,934.98 | 0.00 | 3,934.98 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0781 | | | | |
| | CAPITAL ONE NA** | 656.07 | 141.70 | 0.00 | 141.70 |
| | Acct: 8132 | | | | |
| | MIDLAND FUNDING LLC | 2,398.93 | 518.13 | 0.00 | 518.13 |
| | Acct: 4474 | | | | |
| | PNC BANK NA | 7,674.30 | 1,657.54 | 0.00 | 1,657.54 |
| | Acct: 7829 | | | | |
| | QUEST DIAGNOSTICS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4622 | | | | |
| | ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5743 | | | | |
| | SOUTH HILLS ENT ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1834 | | | | |
| | ST CLAIR PROFESSIONAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8384 | | | | |
| | ST CLAIR PROFESSIONAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1962 | | | | |
| | ST CLAIR PROFESSIONAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6628 | | | | |
| | ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2171 | | | | |
| | UPMC HEALTH SERVICES | 5,454.07 | 1,178.00 | 0.00 | 1,178.00 |
| | Acct: 3211 | | | | |
| | UPMC COMMUNITY MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9114 | | | | |
| | UPMC HEALTH PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2322 | | | | |
| | WELLS FARGO BANK NA | 3,556.38 | 768.13 | 0.00 | 768.13 |
| | Acct: 2138 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 8,452.60 |

TOTAL PAID TO CREDITORS                                                                    63,872.64

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 612.67 |
| SECURED | 31.26 |
| UNSECURED | 39,134.98 |

Date: 07/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAY A. THWAITE
CONSTANCE V. THWAITE
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-21682

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21682-CMB |
| Jay A. Thwaite | Chapter 13 |
| Constance V. Thwaite | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 27, 2023 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jay A. Thwaite, 504 Olde Town Drive, Sanford, NC 27330-6937 |
| jdb | + | Constance V. Thwaite, 504 Olde Town Drive, Sanford, NC 27330-6937 |
| cr | | WELLS FARGO BANK, N.A., Wells Fargo Servicing Center, MAC Q2132-023 PO Box 94423, Albuquerque, NM 87199 |
| 14822548 | + | CBCS, Re: UPMC Community Medicine, PO Box 2724, Columbus, OH 43216-2724 |
| 14822550 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Re: St Clair Hospital, Suite 109, PO Box 13446, Pittsburgh, PA 15243 |
| 14822552 | + | Dominion Dental Services, Inc, 115 South Union Street, Suite 300, Alexandria, VA 22314-3362 |
| 14822555 | + | JP Morgan Chase Bank, NA, 2901 Kinwset Parkway, Irving, TX 75063-5815 |
| 14822558 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14822559 | + | Quest Diagnostics, 875 Greentree Road, Pittsburgh, PA 15220-3508 |
| 14822561 | + | South Hills ENT Association, 2000 Oxford Drive Ste 201, Bethel Park, PA 15102-1841 |
| 14822562 | | St Clair Professional Services, 1000 Bower Hill Road, Pittsburgh, PA 15243-1873 |
| 14822567 | | UPMC Health Plan, P.O Box 37184, Pittsburgh, PA 15250-7842 |
| 14822568 | | Wells Fargo Bank N.A., PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 27 2023 23:39:31 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 27 2023 23:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 23:39:51 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 27 2023 23:28:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14822546 | + | Email/Text: legal@arsnational.com | Jul 27 2023 23:27:00 | ARS National Services Inc, re: Chase, P.O. Box 469046, Escondido, CA 92046-9046 |
| 14824619 | | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2023 23:27:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14822545 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2023 23:27:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14822547 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 23:50:19 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14854164 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 23:39:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14822551 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 27 2023 23:28:00 | Credit Management Co, Re: UPMC Physician Services, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14822553 | | Email/Text: takierra@fdscredit.com | Jul 27 2023 23:27:00 | Financial Data Systems, Attn: Managing Officer/Agent, Re: Bowling Green Associates Pathology, 1638 Military Cutoff Rd, Wilmington, NC 28403 |
| 14822554 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 23:27:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14822549 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 23:39:34 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14886083 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 23:39:50 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14822556 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2023 23:27:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14822557 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 23:28:00 | Midland Funding LLC, c/o Midland Credit Mgmt, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14864431 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 23:27:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14877331 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 23:27:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14822560 | | Email/Text: PFS.Analyst@stclair.org | Jul 27 2023 23:28:00 | Saint Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 14822563 | | Email/Text: PFS.Analyst@stclair.org | Jul 27 2023 23:28:00 | St. Clair Hospital, 1000 Bower Hill Rd., Pittsburgh, PA 15243-1899 |
| 14822564 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 23:25:22 | Synchrony Bank/JC Penny, Attn: Bankruptcy Dept., PO Box 96008, Orlando, FL 32896-5061 |
| 15314310 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 27 2023 23:28:00 | Towd Point Mortgage Trust 2020-4, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14822565 | + | Email/Text: BankruptcyNotice@upmc.edu | Jul 27 2023 23:28:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14822566 | | Email/Text: BNCnotices@dcmservices.com | Jul 27 2023 23:27:00 | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14869106 | | Email/Text: BNCnotices@dcmservices.com | Jul 27 2023 23:27:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14869057 | | Email/Text: BNCnotices@dcmservices.com | Jul 27 2023 23:27:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14825524 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 23:25:22 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2020-4, U.S. Bank Nation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 27, 2023 | Form ID: pdf900 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Joint Debtor Constance V. Thwaite keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Jay A. Thwaite keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7